

# Michigan Supreme Court
### Office of the Clerk
525 West Ottawa, P.O. Box 30052
Lansing, Michigan 48909
Phone (517) 373-0120
Corbin R. Davis, Clerk

October 16, 2000

Exhibit "M"

Mr. Arthur L. Mays #150601
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI  48446

Re: **People v Mays, CoA No. 223808**

Mr. Mays:

On October 13, 2000 this office received from you pleadings requesting that this Court review the decision of the Court of Appeals in the above-entitled case.  Your papers have not been filed and will not be presented to the Court for its consideration because more than 56 days (8 weeks) have elapsed since the decision of the Court of Appeals.  See MCR 7.302(C)(3).  Since the Rules provide for no exception to the 56-day limitation, the Court will not accept any further pleadings with respect to this matter.

Very truly yours,

CORBIN R. DAVIS,
Clerk

CRD/kc

cc:  WAYNE COUNTY PROSECUTOR

```
 1                          Detroit, Michigan
 2
                            Monday, July 18, 1977 - at about 10:45 A.M.
 3
            THE CLERK:  Case number 77-00062, People of
 4
  the State of Michigan versus Arthur Leon Mays.  Defendant pled
 5
  guilty to the offense of murder in the second degree.  Matter
 6
  is here today for sentencing.
 7
            MR. MC DONALD:  Good morning, your Honor.
 8
            THE COURT:  State your name for the record.
 9
            MR. MC DONALD:  Raymond L. McDonald.
10
            THE COURT:  May I have the pre-sentence report?
11
            (No audible response)
12
            THE COURT:  Okay, defendant is here for sen-
13
  tencing on a plea of guilty to the offense of murder in the
14
  second degree.  There was a sentence agreement of life.  Do
15
  you have anything to say before the court passes sentence?
16
            MR. MC DONALD:  Yes, your Honor, I would like
17
  to just point out one very very important observation or fact
18
  of the pre-sentence report.  And that is that the defendant
19
  here has no juvenile record and only has an adult record of
20
  one misdemeanor, possession of narcotic paraphernalia.
21
            And nothing else.  No felony or anything of the
22
  sort.  I would like to give the ... for the court to give that
23
  the full weight it is entitled to at this time of sentencing.
24
            THE COURT:  Well, there was a sentence agree-
25
  ment.  And I prepared to follow that agreement.  Do you have
```